**Motion Granted and Abatement Order filed August 17, 2012**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

——————

**NO. 14-12-00673-CV**

——————

**IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569**

## A B A T E M E N T   O R D E R

In the underlying suit to modify the parent-child relationship, the Texas Department of Family and Protective Services intervened for protection of the children, and the Department was named temporary managing conservator of the children by order signed June 25, 2012. The Mother of the children counterclaimed against the Department, and the trial court granted the Department's plea to the jurisdiction. The Mother then brought this interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code §51.014(a)(8). Under this subsection of the statute, all proceedings in the trial court are stayed pending resolution of the interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code §51.014(b).

The stay provision in Section 51.014(b) of the Civil Practice and Remedies Code conflicts with the Family Code statutes governing cases brought by the Department for

child protection. *See* Tex. Fam. Code §§263.201, 263.304, 263.305, 263.401. Accordingly, on August 16, 2012, the Department filed a motion asking this court to abate the interlocutory appeal so that the trial court may conduct a statutorily required status hearing no later than August 24, 2012. *See* Tex. Fam. Code § 263.201. We have authority to make an "appropriate order that the law and the nature of the case require[s]." *See* Tex. R. App. P. 43.6. We **GRANT** the motion and issue the following order:

We order the appeal **ABATED** for the trial court to conduct a status hearing pursuant to Tex. Fam. Code § 263.201. During the abatement period, the trial court may consider an appropriate motion to sever the child protection action from the Mother's counterclaims. A supplemental clerk's record containing any new order(s) signed by the trial court shall be filed with the clerk of this court on or before **September 7, 2012.**

The appeal is abated, treated as a closed case, and removed from this court=s active docket. The appeal will be reinstated on this court=s active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.